PD-0389-15

No. _____

PD-0389-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/7/2015 10:35:22 AM
Accepted 4/13/2015 2:54:22 PM
ABEL ACOSTA
CLERK

*IN THE*
*COURT OF CRIMINAL APPEALS*
*OF TEXAS*
*SITTING AT AUSTIN, TEXAS*

**ADRIAN THOMAS WALKER**
**Appellant**

**V.**

**THE STATE OF TEXAS**
**Appellee**

*On Petition for Discretionary Review from the Fifth Court of Appeals*
*Sitting at Dallas, Texas*
*in Cause No.*
*05-14-00148-CR*
*On appeal from 283rd Judicial District Court*
*of Dallas County, Texas*
*In Cause No. F12-35059-T*

**MOTION FOR AN EXTENSION OF TIME**
**IN WHICH TO FILE**
**PETITION FOR DISCRETIONARY REVIE**

1

**COMES NOW Adrian Thomas Walker,** Appellant, and respectfully submits this Motion for an Extension of Time in Which to File Petition for Discretionary Review in the above entitled and numbered cause. In support of this Motion, Appellant would show this Honorable Court the following:

## I.

Appellant was charged by indictment with the offense of aggravated sexual assault of a child under the age of six. (CR: 9). The indictment was amended to aggravated sexual assault of a child under the age of 14. (CR: 64). Appellant pled guilty to the primary charge in the amended indictment. (RR2: 12-13). A jury trial was held regarding punishment, and the jury assessed punishment at 20 years and a $10,000 fine. (RR4: 223). Judgment was entered by the trial court on January 30, 2014. (CR: 70). A notice of appeal was timely filed. (CR: 73).

## II.

Appellant's conviction was affirmed in the Court of Appeals on February 27, 2015 in an unpublished opinion. *Walker v. State,* No. 005-14-00148-CR, 2015 Tex. App. LEXIS 1945 (Tex. App. – Dallas, February 27, 2015).

## III.

The deadline for filing a Petition for Discretionary Review is March 29, 2015. Appellant brings this motion for an extension of time within 15 days of the last date for

2

filing Petition for Discretionary Review, *i.e.*, by filing this motion electronically on April 7, 2015. TEX. R. APP. P. 68.2 (c).

**IV.**

Appellant requests an extension of time for a period of sixty (60) days. No prior request for an extension of time has been made.

**V.**

The facts relied upon to show good cause for this requested extension are as follows:

(1) The undersigned attorney filed a petition for discretionary review in cause number PD-1541-14 styled *Leonardo Geronimo Renteria Sanchez v. State of Texas* on December 18, 2014 pending in the Texas Court of Criminal Appeals, Austin, Texas.

(2) The undersigned attorney filed a brief in cause number 05-13-01710-CR styled *Errington Charles Hatch v. State of Texas* on January 31, 2015 pending in the 5th District Court of Appeals, Dallas, Texas.

(3) The undersigned attorney filed a brief in cause number 08-14-00208-CR styled *Danielle Lozono v. State of Texas* on February 17, 2015 pending in the 8th District Court of Appeals, El Paso, Texas.

(4) The undersigned attorney filed a brief in cause number 05-14-00447/00448/00449/00450/00451-CR styled *Chason Matthew Oden v. State of Texas* on February 20, 2015 pending in the 5th District Court of Appeals, Dallas, Texas.

(5) The undersigned attorney filed a brief on March 4, 2015 in cause number 05-14-00720-CR styled *Raymond Edwards III v. State of Texas* pending in the 5th District Court of Appeals, Dallas, Texas.

(6) The undersigned attorney filed a brief in cause numbers 05-14-00331/00332/00333/00334-CR styled *Neko Boykin v. State of Texas* on March 13, 2015 pending in the 5th District Court of Appeals, Dallas, Texas.

(7) The undersigned attorney filed a brief in cause numbers 05-14-00101-CR styled *Natalio Juarez, Jr. v. State of Texas* on March 20, 2015 pending in the 5th District Court of Appeals, Dallas, Texas.

(8) The undersigned attorney filed a petition for discretionary review in cause numbers PD-0246-15 & PD-0247-15 styled *Valentin Junior Hernandez v. State of Texas* on April 6, 2015 pending in the Texas Court of Criminal Appeals, Austin, Texas.

(9) The undersigned attorney is preparing a brief in cause numbers 05-14-01050-CR styled *Ronnie Creig Wilson v. State of Texas* pending in the 5th District Court of Appeals, Dallas, Texas.

**VI.**

**WHEREFORE, PREMISES CONSIDERED**, Appellant respectfully requests that this Honorable Court extend time for filing the Petition for Discretionary Review for 60 days.

Respectfully submitted**,**

/s/ *Nanette Hendrickson*

Lynn Richardson      Nanette Hendrickson
Chief Public Defender      Assistant Public Defender
Dallas County, Texas      State Bar No. 24081423
Frank Crowley Courts Building
133 N. Industrial Blvd., LB-2
Dallas, Texas 75207-4399
nanette.hendrickson
@dallascounty.org
(214) 653-3582 *(phone)*
(214) 653-3539 *(fax)*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing brief was served on the Dallas County Criminal District Attorney's Office (Appellate Section), 133 N. Industrial Blvd., LB-19, 10th Floor, Dallas, Texas, 75207, by hand delivery and electronic service to Lori Ordiway at DCDAAppeals@dallascounty.org on April 7, 2015.

/s/ *Nanette Hendrickson*
Nanette Hendrickson

5